Evelio Humberto MARTINEZ–
ESCALANTE, Petitioner,

v.

**Eric H. HOLDER, Jr., Attorney
General, Respondent.**

**No. 11–73664.**

United States Court of Appeals,
Ninth Circuit.

Submitted Dec. 19, 2012.*

Filed Dec. 28, 2012.

Evelio Humberto Martinez–Escalante, Lancaster, CA, pro se.

OIL, Richard Zanfardino, Trial, U.S. Department of Justice, Washington, DC, Chief Counsel ICE, Office of the Chief Counsel Department of Homeland Security, San Francisco, CA, for Respondent.

Before: GOODWIN, WALLACE, and FISHER, Circuit Judges.

MEMORANDUM **

Evelio Humberto Martinez–Escalante, a native and citizen of Guatemala, petitions pro se for review of a Board of Immigration Appeals' ("BIA") order dismissing his appeal from an immigration judge's decision denying his application for asylum. We have jurisdiction under 8 U.S.C. § 1252. We review for substantial evidence the agency's factual findings, *Halim v. Holder*, 590 F.3d 971, 975 (9th Cir.2009), and we deny the petition for review.

Martinez–Escalante fears being targeted in Guatemala by unidentified individuals who shot his brother, a former police officer. Substantial evidence supports the BIA's decision that, even if credible, Martinez–Escalante failed to establish a well-founded fear of persecution. *See id.* at 977 (petitioner "failed to make a compelling showing of the requisite objective argument of a well-founded fear"). Consequently, his asylum claim fails.

**PETITION FOR REVIEW DENIED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.